**Dismiss; Opinion Filed January 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00027-CR

## EX PARTE ANGEL GUADALUPE TORRES

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. WX19-90191-J**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Myers

On January 9, 2020, Angel Guadalupe Torres filed a "Notice of Past Due Findings of Fact and Conclusions of Law" with this Court. To date, no notice of appeal has been filed either in the trial court or in this Court.

"In a criminal case, appeal is perfected by timely filing a sufficient notice of appeal." TEX. R. APP. P. 25.2(b). "Notice is sufficient if it shows the party's desire to appeal from the judgment or other appealable order . . . ." *Id*. 25.2(c)(2).

The notice of past due findings of fact and conclusions of law is directed to the Criminal District Court No. 3 and makes no mention of an appeal to this Court. And, when asked, the Dallas County District Clerk informed us no documents indicating an intent to appeal had been filed below. Without a timely filed notice of appeal, we lack jurisdiction over this case.

We dismiss this appeal.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
200027F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE ANGEL GUADALUPE
TORRES

No. 05-20-00027-CR

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. WX19-90191-J.
Opinion delivered by Justice Myers. Justices
Schenck and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 24th day of January, 2020.